

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2021

No. 04-20-00051-CV

**MEDFINMANAGER, LLC**,
Appellant

v.

John **SALAS**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-22706
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
           Luz Elena D. Chapa, Justice
           Lori I. Valenzuela, Justice

We GRANT appellee's unopposed motion for leave to exceed word limit. We further GRANT appellant's unopposed conditional motion to file a reply letter. Appellant's reply letter is due by May 21, 2021 and is limited to 994 words.

It is so **ORDERED** on May 17, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT